# Exhibit 2

Charted Claim: 1, 22, and 23

| US7057960 | Kontron SMARC-sAMX7 ("Accused Product") |
|---|---|
| 1. A method for reducing power consumption during background operations in a memory array with a plurality of sections comprising the steps of:<br>controlling said background operations in each of said plurality of sections of said memory array in response to one or more control signals, wherein said one or more control signals are generated in response to a programmable address signal and said background operations can be enabled simultaneously in two or more of said plurality of sections independently of any other section; and | The accused product practices a method for reducing power consumption during background operations (e.g., self-refresh operation) in a memory array with a plurality of sections (e.g., memory banks) comprising the steps of: controlling said background operations (e.g., self-refresh operation) in each of said plurality of sections (e.g., memory banks) of said memory array in response to one or more control signals, wherein said one or more control signals are generated in response to a programmable address signal (e.g., address bits) and said background operations (e.g., self-refresh operation) can be enabled simultaneously in two or more of said plurality of sections independently of any other section.<br><br>The accused product uses DDR3 memory which supports Auto Self Refresh mode.<br><br>The accused product uses a Mode Register 2 (MR2) which is loaded with address bits to decide the section(s) of the memory array on which the Self Refresh operation is enabled. Only after the address bits are coded in the MR2, the Self-Refresh operation is executed on the sections of the memory array.<br><br>For example, the MR2 includes Auto Self Refresh (ASR) bit and Self-Refresh Temperature (SRT) bit, which enable the device to perform the refresh operation in Auto Self Refresh Mode across the different sections of the memory array simultaneously. The ASR bit A6 is set to "1" and SRT bit A7 is set to "0" by using the MODE REGISTER SET (MRS) command such that the device manages Self Refresh entry over the supported temperature range of the DRAM.<br><br>Further, the SELF REFRESH command initiates Self Refresh mode to refresh the memory array as defined in MR2. According to the initialized ASR and SRT bits, the |

refresh operation is controlled at different temperature settings in the memory banks of SDRAM (DDR3) memory chip.

As shown below, the accused product adjusts its refresh rate to save power during operations such as Self Refresh operation, etc.




https://web.archive.org/web/20211021210522/https:/www.kontron.com/products/boards-and-standard-form-factors/smarc/en/products/smarc-samx7/p149321

| | |
|---|---|
| | FEATURES ▲<br><br>**Compliance** — SMARC 2.0 - Smart Mobile Architecture by SGET - small size<br>**Dimensions (H x W x D)** — 82mm x 50mm<br>**CPU** — Qualcom®/NXP single/dual i.MX7 processor<br>**Main Memory** — up to 2GB DDR3 memory down<br>**Graphics Controller** — integrated<br><br>https://web.archive.org/web/20211021210522/https:/www.kontron.com/products/boards-and-standard-form-factors/smarc/en/products/smarc-samx7/p149321<br><br>▶ TECHNICAL INFORMATION<br>COMPLIANCE — SMARC 2.0<br>DIMENSIONS (H X W X D) — 82 x 50 mm<br>CPU — Qualcom®/NXP single/dual i.MX7 processor<br>MAIN MEMORY — Up to 2 GByte DDR3<br>ETHERNET — up to 2x 10/100/1000 MBit Ethernet<br>STORAGE — 1x SDIO<br>FLASH ONBOARD — 2-64 GByte eMMC 5.0<br>PCI EXPRESS® SUPPORT — 1x PCIe with dual core processor; up to 3x PCIe (on request)<br><br>https://web.archive.org/web/20211125091406/https://www.kontron.com/download/download?filename=/downloads/datasheets/s/smarc- |

| | |
|---|---|
| | samx7_datasheet.pdf&product=149321<br><br><br>https://web.archive.org/web/20211125091406/https://www.kontron.com/download/download?filename=/downloads/datasheets/s/smarc-samx7_datasheet.pdf&product=149321 |

| | |
|---|---|
| | NANYA<br>**Nanya Technology Corp.**<br>**NT5CB(C)256M8FN / NT5CB(C)128M16FP**<br>**Commercial, Industrial and Automotive DDR3(L) 2Gb SDRAM**<br>**Features**<br>● **JEDEC DDR3 Compliant**<br>- 8n Prefetch Architecture<br>- Differential Clock(CK/$\overline{CK}$) and Data Strobe(DQS/$\overline{DQS}$)<br>- Double-data rate on DQs, DQS and DM<br>● **Data Integrity**<br>- Auto Self Refresh (ASR) by DRAM built-in TS<br>- Auto Refresh and Self Refresh Modes<br>● **Power Saving Mode**<br>- Partial Array Self Refresh (PASR)[1]<br>- Power Down Mode<br>● **Signal Integrity**<br>- Configurable DS for system compatibility<br>- Configurable On-Die Termination<br>- ZQ Calibration for DS/ODT impedance accuracy via external ZQ pad (240 ohm ± 1%)<br>● **Signal Synchronization**<br>- Write Leveling via MR settings [7]<br>- Read Leveling via MPR<br>● **Interface and Power Supply**<br>- SSTL_15 for DDR3:VDD/VDDQ=1.5V(±0.075V)<br>- SSTL_135[4] for DDR3L:VDD/VDDQ=1.35V(-0.067/+0.1V)<br>https://uttc.com.tw/wp-content/uploads/2025/12/Commercial-Industrial-and-Automotive-DDR3L-2Gb-SDRAM_Version-1.7_Data-sheet.pdf |

| | |
|---|---|
| | **3.2 Basic Functionality**<br><br>The DDR3 SDRAM is a high-speed dynamic random-access memory internally configured as an eight-bank DRAM. The DDR3 SDRAM uses a 8n prefetch architecture to achieve high-speed operation. The 8n prefetch architecture is combined with an interface designed to transfer two data words per clock cycle at the I/O pins. A single read or write operation for the DDR3 SDRAM consists of a single 8n-bit wide, four clock data transfer at the internal DRAM core and eight corresponding n-bit wide, one-half clock cycle data transfers at the I/O pins.<br><br>Read and write operation to the DDR3 SDRAM are burst oriented, start at a selected location, and continue for a burst length of eight or a 'chopped' burst of four in a programmed sequence. Operation begins with the registration of an Active command, which is then followed by a Read or Write command. The address bits registered coincident with the Active command are used to select the bank and row to be activated (BA0-BA2 select the bank; A0-A15 select the row; refer to "DDR3 SDRAM Addressing" on page 15 for specific requirements). The address bits registered coincident with the Read or Write command are used to select the starting column location for the burst operation, determine if the auto precharge command is to be issued (via A10), and select BC4 or BL8 mode 'on the fly' (via A12) if enabled in the mode register.<br><br>https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 3.2) |

**Table 10 — Mode Register Description**

| Field | Bits | Description |
|---|---|---|
| **ASR** | MR2 (A6) | **Auto Self-Refresh (ASR) (Optional)**<br>when enabled, DDR3 SDRAM automatically provides Self-Refresh power management functions for all supported operating temperature values. If not enabled, the SRT bit must be programmed to indicate $T_{OPER}$ during subsequent Self-Refresh operation<br><br>0 = Manual SR Reference (SRT)<br>1 = ASR enable (optional) |
| **SRT** | MR2 (A7) | **Self-Refresh Temperature (SRT) Range**<br>If ASR = 0, the SRT bit must be programmed to indicate $T_{OPER}$ during subsequent Self-Refresh operation<br>If ASR = 1, SRT bit must be set to $0_b$<br><br>0 = Normal operating temperature range<br>1 = Extended (optional) operating temperature range |

**4.9.0.1 Auto Self-Refresh mode - ASR Mode (optional)**

DDR3 SDRAM provides an Auto Self-Refresh mode (ASR) for application ease. ASR mode is enabled by setting MR2 bit A6 = $1_b$ and MR2 bit A7 = $0_b$. The DRAM will manage Self-Refresh entry in either the Normal or Extended (optional) Temperature Ranges. In this mode, the DRAM will also manage Self-Refresh power consumption when the DRAM operating temperature changes, lower at low temperatures and higher at high temperatures.

https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 4.9)

| | |
|---|---|
| | **3.4.4 Mode Register MR2**<br>The Mode Register MR2 stores the data for controlling refresh related features, Rtt_WR impedance, and CAS write latency. The Mode Register 2 is written by asserting low on CS#, RAS#, CAS#, WE#, high on BA1 and low on BA0 and BA2, while controlling the states of address pins according to the table below. |

MR2 Programming




| A7 | Self-Refresh Temperature (SRT) Range |
|---|---|
| 0 | Normal operating temperature range |
| 1 | Extended (optional) operating temperature range |

| A6 | Auto Self-Refresh (ASR) |
|---|---|
| 0 | Manual SR Reference (SRT) |
| 1 | ASR enable (Optional) |

| A2 | A1 | A0 | Partial Array Self-Refresh (Optional) |
|---|---|---|---|
| 0 | 0 | 0 | Full Array |
| 0 | 0 | 1 | HalfArray (BA[2:0]=000,001,010, &011) |
| 0 | 1 | 0 | Quarter Array (BA[2:0]=000, & 001) |
| 0 | 1 | 1 | 1/8th Array (BA[2:0] = 000) |
| 1 | 0 | 0 | 3/4 Array (BA[2:0] = 010,011,100,101,110, & 111) |
| 1 | 0 | 1 | HalfArray (BA[2:0] = 100, 101, 110, &111) |
| 1 | 1 | 0 | Quarter Array (BA[2:0]=110, &111) |
| 1 | 1 | 1 | 1/8th Array (BA[2:0]=111) |

https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 3.4.4)

| | |
|---|---|
| | **4.16 Self-Refresh Operation**<br><br>The Self-Refresh command can be used to retain data in the DDR3 SDRAM, even if the rest of the system is powered down. When in the Self-Refresh mode, the DDR3 SDRAM retains data without external clocking. The DDR3 SDRAM device has a built-in timer to accommodate Self-Refresh operation. The Self-Refresh-Entry (SRE) Command is defined by having CS#, RAS#, CAS#, and CKE held low with WE# high at the rising edge of the clock.<br><br>Before issuing the Self-Refresh-Entry command, the DDR3 SDRAM must be idle with all bank precharge state with tRP satisfied. 'Idle state' is defined as all banks are closed (tRP, tDAL, etc. satisfied), no data bursts are in progress, CKE is high, and all timings from previous operations are satisfied (tMRD, tMOD, tRFC, tZQinit, tZQoper, tZQCS, etc.) Also, on-die termination must be turned off before issuing Self-Refresh-Entry command, by either registering ODT pin low "ODTL + 0.5tCK" prior to the Self-Refresh Entry command or using MRS to MR1 command. Once the Self-Refresh Entry command is registered, CKE must be held low to keep the device in Self-Refresh mode. During normal operation (DLL on), MR1 (A0 = 0), the DLL is automatically disabled upon entering Self-Refresh and is automatically enabled (including a DLL-Reset) upon exiting Self-Refresh.<br><br>When the DDR3 SDRAM has entered Self-Refresh mode, all of the external control signals, except CKE and RESET#, are "don't care." For proper Self-Refresh operation, all power supply and reference pins (VDD, VDDQ, VSS, VSSQ, VRefCA and VRefDQ) must be at valid levels. VrefDQ supply may be turned OFF and VREFDQ may take any value between VSS and VDD during Self Refresh operation, provided that VrefDQ is valid and stable prior to CKE going back High and that first Write operation or first Write Leveling Activity may not occur earlier than 512 nCK after exit from Self Refresh. The DRAM initiates a minimum of one Refresh command internally within tCKE period once it enters Self-Refresh mode.<br><br>https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 4.16) |

| | |
|---|---|
| | The clock is internally disabled during Self-Refresh Operation to save power. The minimum time that the DDR3 SDRAM must remain in Self-Refresh mode is tCKESR. The user may change the external clock frequency or halt the external clock tCKSRE after Self-Refresh entry is registered, however, the clock must be restarted and stable tCKSRX before the device can exit Self-Refresh operation.<br><br>The procedure for exiting Self-Refresh requires a sequence of events. First, the clock must be stable prior to CKE going back HIGH. Once a Self-Refresh Exit command (SRX, combination of CKE going high and either NOP or Deselect on command bus) is registered, a delay of at least tXS must be satisfied before a valid command not requiring a locked DLL can be issued to the device to allow for any internal refresh in progress. Before a command that requires a locked DLL can be applied, a delay of at least tXSDLL must be satisfied. Depending on the system environment and the amount of time spent in Self-Refresh, ZQ calibration commands may be required to compensate for the voltage and temperature drift as described in "ZQ Calibration Commands" on page 107. To issue ZQ calibration commands, applicable timing requirements must be satisfied (See Figure 89 — "ZQ Calibration Timing" on page 108).<br><br>https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 4.16)<br><br>**4.15 Refresh Command**<br><br>The Refresh command (REF) is used during normal operation of the DDR3 SDRAMs. This command is non persistent, so it must be issued each time a refresh is required. The DDR3 SDRAM requires Refresh cycles at an average periodic interval of tREFI. When CS#, RAS# and CAS# are held Low and WE# High at the rising edge of the clock, the chip enters a Refresh cycle. All banks of the SDRAM must be precharged and idle for a minimum of the precharge time tRP(min) before the Refresh Command can be applied. The refresh addressing is generated by the internal refresh controller. This makes the address bits "Don't Care" during a Refresh command. An internal address counter supplies the addresses during the refresh cycle. No control of the external address bus is required once this cycle has started. When the refresh cycle has completed, all banks of the SDRAM will be in the precharged (idle) state. A delay between the Refresh Command and the next valid command, except NOP or DES, must be greater than or equal to the minimum Refresh cycle time tRFC(min) as shown in Figure 59. Note that the tRFC timing parameter depends on memory density.<br><br>https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 4.15) |

<table>
<tr>
<td></td>
<td>



**Figure 62 — Self-Refresh Entry/Exit Timing**

https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 4.16)
</td>
</tr>
<tr>
<td>presenting said one or more control signals and one or more decoded address signals to one or more periphery array circuits of said plurality of sections.</td>
<td>The accused product practices presenting said one or more control signals and one or more decoded address signals (e.g., address signals) to one or more periphery array circuits of said plurality of sections.<br><br>The accused product has periphery array circuits such as registers, internal refresh counters, row address MUX etc. These periphery circuits are used to input the control ("control signals") and address signals to the memory array cells.</td>
</tr>
</table>

| | |
|---|---|
| | **3.2 Basic Functionality**<br><br>The DDR3 SDRAM is a high-speed dynamic random-access memory internally configured as an eight-bank DRAM. The DDR3 SDRAM uses a 8n prefetch architecture to achieve high-speed operation. The 8n prefetch architecture is combined with an interface designed to transfer two data words per clock cycle at the I/O pins. A single read or write operation for the DDR3 SDRAM consists of a single 8n-bit wide, four clock data transfer at the internal DRAM core and eight corresponding n-bit wide, one-half clock cycle data transfers at the I/O pins.<br><br>Read and write operation to the DDR3 SDRAM are burst oriented, start at a selected location, and continue for a burst length of eight or a 'chopped' burst of four in a programmed sequence. Operation begins with the registration of an Active command, which is then followed by a Read or Write command. The address bits registered coincident with the Active command are used to select the bank and row to be activated (BA0-BA2 select the bank; A0-A15 select the row; refer to "DDR3 SDRAM Addressing" on page 15 for specific requirements). The address bits registered coincident with the Read or Write command are used to select the starting column location for the burst operation, determine if the auto precharge command is to be issued (via A10), and select BC4 or BL8 mode 'on the fly' (via A12) if enabled in the mode register.<br><br>https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 3.2)<br><br>**4.15 Refresh Command**<br><br>The Refresh command (REF) is used during normal operation of the DDR3 SDRAMs. This command is non persistent, so it must be issued each time a refresh is required. The DDR3 SDRAM requires Refresh cycles at an average periodic interval of tREFI. When CS#, RAS# and CAS# are held Low and WE# High at the rising edge of the clock, the chip enters a Refresh cycle. All banks of the SDRAM must be pre-charged and idle for a minimum of the precharge time tRP(min) before the Refresh Command can be applied. The refresh addressing is generated by the internal refresh controller. This makes the address bits "Don't Care" during a Refresh command. An internal address counter supplies the addresses during the refresh cycle. No control of the external address bus is required once this cycle has started. When the refresh cycle has completed, all banks of the SDRAM will be in the precharged (idle) state. A delay between the Refresh Command and the next valid command, except NOP or DES, must be greater than or equal to the minimum Refresh cycle time tRFC(min) as shown in Figure 59. Note that the tRFC timing parameter depends on memory density. |

| | |
|---|---|
| | https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 4.15)<br><br>**Table 10 — Mode Register Description**<br><br>(see table below)<br><br>**4.9.0.1 Auto Self-Refresh mode - ASR Mode (optional)**<br><br>DDR3 SDRAM provides an Auto Self-Refresh mode (ASR) for application ease. ASR mode is enabled by setting MR2 bit A6 = $1_b$ and MR2 bit A7 = $0_b$. The DRAM will manage Self-Refresh entry in either the Normal or Extended (optional) Temperature Ranges. In this mode, the DRAM will also manage Self-Refresh power consumption when the DRAM operating temperature changes, lower at low temperatures and higher at high temperatures.<br><br>https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 4.9) |

| Field | Bits | Description |
|---|---|---|
| ASR | MR2 (A6) | **Auto Self-Refresh (ASR) (Optional)**<br>when enabled, DDR3 SDRAM automatically provides Self-Refresh power management functions for all supported operating temperature values. If not enabled, the SRT bit must be programmed to indicate $T_{OPER}$ during subsequent Self-Refresh operation<br><br>0 = Manual SR Reference (SRT)<br>1 = ASR enable (optional) |
| SRT | MR2 (A7) | **Self-Refresh Temperature (SRT) Range**<br>If ASR = 0, the SRT bit must be programmed to indicate $T_{OPER}$ during subsequent Self-Refresh operation<br>If ASR = 1, SRT bit must be set to $0_b$<br><br>0 = Normal operating temperature range<br>1 = Extended (optional) operating temperature range |

### 3.4.4 Mode Register MR2

The Mode Register MR2 stores the data for controlling refresh related features, Rtt_WR impedance, and CAS write latency. The Mode Register 2 is written by asserting low on CS#, RAS#, CAS#, WE#, high on BA1 and low on BA0 and BA2, while controlling the states of address pins according to the table below.

MR2 Programming




| A7 | Self-Refresh Temperature (SRT) Range |
|---|---|
| 0 | Normal operating temperature range |
| 1 | Extended (optional) operating temperature range |

| A6 | Auto Self-Refresh (ASR) |
|---|---|
| 0 | Manual SR Reference (SRT) |
| 1 | ASR enable (Optional) |

| A2 | A1 | A0 | Partial Array Self-Refresh (Optional) |
|---|---|---|---|
| 0 | 0 | 0 | Full Array |
| 0 | 0 | 1 | HalfArray (BA[2:0]=000,001,010, &011) |
| 0 | 1 | 0 | Quarter Array (BA[2:0]=000, & 001) |
| 0 | 1 | 1 | 1/8th Array (BA[2:0] = 000) |
| 1 | 0 | 0 | 3/4 Array (BA[2:0] = 010,011,100,101,110, & 111) |
| 1 | 0 | 1 | HalfArray (BA[2:0] = 100, 101, 110, &111) |
| 1 | 1 | 0 | Quarter Array (BA[2:0]=110, &111) |
| 1 | 1 | 1 | 1/8th Array (BA[2:0]=111) |

https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 3.4.4)

| | |
|---|---|
| | **4.16 Self-Refresh Operation**<br><br>The Self-Refresh command can be used to retain data in the DDR3 SDRAM, even if the rest of the system is powered down. When in the Self-Refresh mode, the DDR3 SDRAM retains data without external clocking. The DDR3 SDRAM device has a built-in timer to accommodate Self-Refresh operation. The Self-Refresh-Entry (SRE) Command is defined by having CS#, RAS#, CAS#, and CKE held low with WE# high at the rising edge of the clock.<br><br>Before issuing the Self-Refresh-Entry command, the DDR3 SDRAM must be idle with all bank precharge state with tRP satisfied. 'Idle state' is defined as all banks are closed (tRP, tDAL, etc. satisfied), no data bursts are in progress, CKE is high, and all timings from previous operations are satisfied (tMRD, tMOD, tRFC, tZQinit, tZQoper, tZQCS, etc.) Also, on-die termination must be turned off before issuing Self-Refresh-Entry command, by either registering ODT pin low "ODTL + 0.5tCK" prior to the Self-Refresh Entry command or using MRS to MR1 command. Once the Self-Refresh Entry command is registered, CKE must be held low to keep the device in Self-Refresh mode. During normal operation (DLL on), MR1 (A0 = 0), the DLL is automatically disabled upon entering Self-Refresh and is automatically enabled (including a DLL-Reset) upon exiting Self-Refresh.<br><br>When the DDR3 SDRAM has entered Self-Refresh mode, all of the external control signals, except CKE and RESET#, are "don't care." For proper Self-Refresh operation, all power supply and reference pins (VDD, VDDQ, VSS, VSSQ, VRefCA and VRefDQ) must be at valid levels. VrefDQ supply may be turned OFF and VREFDQ may take any value between VSS and VDD during Self Refresh operation, provided that VrefDQ is valid and stable prior to CKE going back High and that first Write operation or first Write Leveling Activity may not occur earlier than 512 nCK after exit from Self Refresh. The DRAM initiates a minimum of one Refresh command internally within tCKE period once it enters Self-Refresh mode.<br><br>https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 4.16) |

| | |
|---|---|
| | The clock is internally disabled during Self-Refresh Operation to save power. The minimum time that the DDR3 SDRAM must remain in Self-Refresh mode is tCKESR. The user may change the external clock frequency or halt the external clock tCKSRE after Self-Refresh entry is registered, however, the clock must be restarted and stable tCKSRX before the device can exit Self-Refresh operation.<br><br>The procedure for exiting Self-Refresh requires a sequence of events. First, the clock must be stable prior to CKE going back HIGH. Once a Self-Refresh Exit command (SRX, combination of CKE going high and either NOP or Deselect on command bus) is registered, a delay of at least tXS must be satisfied before a valid command not requiring a locked DLL can be issued to the device to allow for any internal refresh in progress. Before a command that requires a locked DLL can be applied, a delay of at least tXSDLL must be satisfied. Depending on the system environment and the amount of time spent in Self-Refresh, ZQ calibration commands may be required to compensate for the voltage and temperature drift as described in "ZQ Calibration Commands" on page 107. To issue ZQ calibration commands, applicable timing requirements must be satisfied (See Figure 89 — "ZQ Calibration Timing" on page 108).<br><br>https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 4.16) |
| 22. The method according to claim 1, wherein said one or more decoded address signals comprise one or more decoded row address signals and one or more decoded column address signals. | The accused product practices the method according to claim 1, wherein said one or more decoded address signals (e.g., address signals) comprise one or more decoded row address signals (e.g., row component of the address) and one or more decoded column address signals (e.g., column component of the address).<br><br>The accused product has periphery array circuits such as registers, internal refresh counters, row address MUX etc. These periphery circuits are used to input the address signals to the memory array cells.<br><br>In DDR3, the address signal is associated with both row and column components. The DDR3 standard explicitly describes the address inputs as carrying both a row address component and a column address component, used to select a location out of the memory array in the respective bank. This association is further reinforced by the DDR3 SDRAM Addressing tables in Section 2.7, which define separate Row Address and Column Address fields for every device configuration. |

<table>
<tr>
<td></td>
<td>

During a Refresh operation, the standard states that an internal address counter supplies the addresses during the refresh cycle. Since the address in DDR3 is defined to have both row and column components, the address supplied by the internal counter during refresh necessarily includes both row and column components.

**4.15 Refresh Command**

The Refresh command (REF) is used during normal operation of the DDR3 SDRAMs. This command is non persistent, so it must be issued each time a refresh is required. The DDR3 SDRAM requires Refresh cycles at an average periodic interval of tREFI. When CS#, RAS# and CAS# are held Low and WE# High at the rising edge of the clock, the chip enters a Refresh cycle. All banks of the SDRAM must be pre-charged and idle for a minimum of the precharge time tRP(min) before the Refresh Command can be applied. The refresh addressing is generated by the internal refresh controller. This makes the address bits "Don't Care" during a Refresh command. An internal address counter supplies the addresses during the refresh cycle. No control of the external address bus is required once this cycle has started. When the refresh cycle has completed, all banks of the SDRAM will be in the precharged (idle) state. A delay between the Refresh Command and the next valid command, except NOP or DES, must be greater than or equal to the minimum Refresh cycle time tRFC(min) as shown in Figure 59. Note that the tRFC timing parameter depends on memory density.

https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 4.15)

**2.10 Pinout Description**

**Table 1 — Input/output functional description**

| Symbol | Type | Function |
|---|---|---|
| CK, CK# | Input | Clock: CK and CK# are differential clock inputs. All address and control input signals are sampled on the crossing of the positive edge of CK and negative edge of CK#. |
| A0 - A15 | Input | Address Inputs: Provide the row address for Active commands and the column address for Read/Write commands to select one location out of the memory array in the respective bank. (A10/AP and A12/BC# have additional functions; see below). The address inputs also provide the op-code during Mode Register Set commands. |

https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 2.10)

</td>
</tr>
</table>

## 2.11 DDR3 SDRAM Addressing

### 2.11.1 512Mb

| Configuration | 128Mb x 4 | 64Mb x 8 | 32Mb x 16 |
|---|---|---|---|
| # of Banks | 8 | 8 | 8 |
| Bank Address | BA0 - BA2 | BA0 - BA2 | BA0 - BA2 |
| Auto precharge | A10/AP | A10/AP | A10/AP |
| BC switch on the fly | A12/BC# | A12/BC# | A12/BC# |
| Row Address | A0 - A12 | A0 - A12 | A0 - A11 |
| Column Address | A0 - A9,A11 | A0 - A9 | A0 - A9 |
| Page size [1] | 1 KB | 1 KB | 2 KB |

### 2.11.2 1Gb

| Configuration | 256Mb x 4 | 128Mb x 8 | 64Mb x 16 |
|---|---|---|---|
| # of Banks | 8 | 8 | 8 |
| Bank Address | BA0 - BA2 | BA0 - BA2 | BA0 - BA2 |
| Auto precharge | A10/AP | A10/AP | A10/AP |
| BC switch on the fly | A12/BC# | A12/BC# | A12/BC# |
| Row Address | A0 - A13 | A0 - A13 | A0 - A12 |
| Column Address | A0 - A9,A11 | A0 - A9 | A0 - A9 |
| Page size [1] | 1 KB | 1 KB | 2 KB |

https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 2.11)

| | |
|---|---|
| 23. The method according to claim 1, wherein said background operations are enabled in response to a first state of said one or more | The accused product practices the method according to claim 1, wherein said background operations (e.g., self-refresh operation) are enabled in response to a first state (e.g., presence of refresh command) of said one or more control signals (e.g., refresh command). |

control signals.

The accused product uses a Mode Register 2 (MR2) which is loaded with address bits to decide the section(s) of the memory array on which the Self Refresh operation is enabled. Only after the address bits are coded in the MR2, the Self-Refresh operation is executed on the sections of the memory array.

When the "refresh command" (control command) is initiated is when the actual self-refresh operation occurs. Thus, the self-refresh operation is enabled (occurs/executed) in the presence (first state) of the "refresh command" (control command).

**Table 10 — Mode Register Description**

| Field | Bits | Description |
|---|---|---|
| ASR | MR2 (A6) | **Auto Self-Refresh (ASR) (Optional)**<br>when enabled, DDR3 SDRAM automatically provides Self-Refresh power management functions for all supported operating temperature values. If not enabled, the SRT bit must be programmed to indicate $T_{OPER}$ during subsequent Self-Refresh operation<br><br>0 = Manual SR Reference (SRT)<br>1 = ASR enable (optional) |
| SRT | MR2 (A7) | **Self-Refresh Temperature (SRT) Range**<br>If ASR = 0, the SRT bit must be programmed to indicate $T_{OPER}$ during subsequent Self-Refresh operation<br>If ASR = 1, SRT bit must be set to $0_b$<br><br>0 = Normal operating temperature range<br>1 = Extended (optional) operating temperature range |

**4.9.0.1 Auto Self-Refresh mode - ASR Mode (optional)**

DDR3 SDRAM provides an Auto Self-Refresh mode (ASR) for application ease. ASR mode is enabled by setting MR2 bit A6 = $1_b$ and MR2 bit A7 = $0_b$. The DRAM will manage Self-Refresh entry in either the Normal or Extended (optional) Temperature Ranges. In this mode, the DRAM will also manage Self-Refresh power consumption when the DRAM operating temperature changes, lower at low temperatures and higher at high temperatures.

https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 4.9)

| | |
|---|---|
| | (see below) |

### 3.4.4 Mode Register MR2

The Mode Register MR2 stores the data for controlling refresh related features, Rtt_WR impedance, and CAS write latency. The Mode Register 2 is written by asserting low on CS#, RAS#, CAS#, WE#, high on BA1 and low on BA0 and BA2, while controlling the states of address pins according to the table below.

MR2 Programming




| A7 | Self-Refresh Temperature (SRT) Range |
|---|---|
| 0 | Normal operating temperature range |
| 1 | Extended (optional) operating temperature range |

| A6 | Auto Self-Refresh (ASR) |
|---|---|
| 0 | Manual SR Reference (SRT) |
| 1 | ASR enable (Optional) |

| A2 | A1 | A0 | Partial Array Self-Refresh (Optional) |
|---|---|---|---|
| 0 | 0 | 0 | Full Array |
| 0 | 0 | 1 | HalfArray (BA[2:0]=000,001,010, &011) |
| 0 | 1 | 0 | Quarter Array (BA[2:0]=000, & 001) |
| 0 | 1 | 1 | 1/8th Array (BA[2:0] = 000) |
| 1 | 0 | 0 | 3/4 Array (BA[2:0] = 010,011,100,101,110, & 111) |
| 1 | 0 | 1 | HalfArray (BA[2:0] = 100, 101, 110, &111) |
| 1 | 1 | 0 | Quarter Array (BA[2:0]=110, &111) |
| 1 | 1 | 1 | 1/8th Array (BA[2:0]=111) |

https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 3.4.4)

| | |
|---|---|
| | **4.16 Self-Refresh Operation**<br><br>The Self-Refresh command can be used to retain data in the DDR3 SDRAM, even if the rest of the system is powered down. When in the Self-Refresh mode, the DDR3 SDRAM retains data without external clocking. The DDR3 SDRAM device has a built-in timer to accommodate Self-Refresh operation. The Self-Refresh-Entry (SRE) Command is defined by having CS#, RAS#, CAS#, and CKE held low with WE# high at the rising edge of the clock.<br><br>Before issuing the Self-Refresh-Entry command, the DDR3 SDRAM must be idle with all bank precharge state with tRP satisfied. 'Idle state' is defined as all banks are closed (tRP, tDAL, etc. satisfied), no data bursts are in progress, CKE is high, and all timings from previous operations are satisfied (tMRD, tMOD, tRFC, tZQinit, tZQoper, tZQCS, etc.) Also, on-die termination must be turned off before issuing Self-Refresh-Entry command, by either registering ODT pin low "ODTL + 0.5tCK" prior to the Self-Refresh Entry command or using MRS to MR1 command. Once the Self-Refresh Entry command is registered, CKE must be held low to keep the device in Self-Refresh mode. During normal operation (DLL on), MR1 (A0 = 0), the DLL is automatically disabled upon entering Self-Refresh and is automatically enabled (including a DLL-Reset) upon exiting Self-Refresh.<br><br>When the DDR3 SDRAM has entered Self-Refresh mode, all of the external control signals, except CKE and RESET#, are "don't care." For proper Self-Refresh operation, all power supply and reference pins (VDD, VDDQ, VSS, VSSQ, VRefCA and VRefDQ) must be at valid levels. VrefDQ supply may be turned OFF and VREFDQ may take any value between VSS and VDD during Self Refresh operation, provided that VrefDQ is valid and stable prior to CKE going back High and that first Write operation or first Write Leveling Activity may not occur earlier than 512 nCK after exit from Self Refresh. The DRAM initiates a minimum of one Refresh command internally within tCKE period once it enters Self-Refresh mode.<br><br>https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 4.16) |

| | |
|---|---|
| | **4.15 Refresh Command**<br><br>The Refresh command (REF) is used during normal operation of the DDR3 SDRAMs. This command is non persistent, so it must be issued each time a refresh is required. The DDR3 SDRAM requires Refresh cycles at an average periodic interval of tREFI. When CS#, RAS# and CAS# are held Low and WE# High at the rising edge of the clock, the chip enters a Refresh cycle. All banks of the SDRAM must be pre-charged and idle for a minimum of the precharge time tRP(min) before the Refresh Command can be applied. The refresh addressing is generated by the internal refresh controller. This makes the address bits "Don't Care" during a Refresh command. An internal address counter supplies the addresses during the refresh cycle. No control of the external address bus is required once this cycle has started. When the refresh cycle has completed, all banks of the SDRAM will be in the precharged (idle) state. A delay between the Refresh Command and the next valid command, except NOP or DES, must be greater than or equal to the minimum Refresh cycle time tRFC(min) as shown in Figure 59. Note that the tRFC timing parameter depends on memory density.<br><br>https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Section 4.15) |